075724

**ORIGINAL**

FORM 2
COVER SHEET

# In The United States Court of Federal Claims

RECEIVED
OCT - 1 2013
OFFICE OF THE CLERK
US COURT OF FEDERAL CLAIMS

Cover Sheet

13-764 C

Plaintiff(s) or Petitioner(s)

**National Air Cargo Group, Inc.**

**Commerce and Industry Insurance Company**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record | **Jessica C. Abrahams** |
| FIRM NAME: | **McKenna Long & Aldridge, LLP** |
| Street Address: | **1900 K Street, NW** |
| City-State-Zip: | **Washington, DC 20006** |
| Telephone & Facsimile Numbers: | **(202) 496-7204** |
| E-mail Address | **jabrahams@mckennalong.com** |

Is the attorney of record admitted to the Court of Federal Claims Bar?   **X Yes**   ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?   **X Yes**   ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:   **1 3 4**

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

**Insurance Contract**

Agency Identification Code:   **T R N**

Amount Claimed:   **$45,000,000.00**
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?   **X Yes**   ☐ No
If yes, please note that two copies are necessary.

Bid Protest:   **N/A**
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business?   Yes    No

Vaccine Case:   **N/A**
Date of Vaccination:

Related Cases:   **N/A**
Is this case directly related to any pending or previous case?   Yes    No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.